UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                               Chapter 7

WATERFORD WEDGWOOD USA INC.                          Case No. 09-12512 SHL

        Debtor.                              **STATEMENT OF
                                                     SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 61 | MJ EARL INC.<br>P. O. BOX 13427<br>READING, PA 19612 | $135.90 | $3.00 |
| 73 | GIFTS BY DESIGN<br>151 WESTERN AVE W STE 350<br>SEATTLE, WA 98119 | $109.18 | $2.41 |
| 93 | JULIUS ROEHRS COMPANY<br>1230 HIGHWAY 33<br>FARMINGDALE, NJ 07727 | $216.14 | $4.77 |
| 108 | ACTION NATIONAL SIGN SERVICE INC.<br>53 W.BALTIMORE PIKE 1ST FLOOR<br>MEDIA, PA 19063-5629 | $194.00 | $4.29 |
| 188 | BFW/HOWELL ASSOCIATES,LLC<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 | $110.23 | $2.43 |
| 223U | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240, 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | $17.63 | $1.06 |

**TOTAL SMALL DIVIDENDS:**                                            **$    17.96**

Dated:  New York, New York
        January 13, 2014

        /s/ John S. Pereira, Trustee
        JOHN S. PEREIRA
        CHAPTER 7 TRUSTEE
        405 LEXINGTON AVENUE, 7TH FLOOR
        NEW YORK, NEW YORK  10174
        TEL: (212) 758-5777