UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WATERFORD WEDGWOOD USA INC.,

Debtor.

Chapter 7

Case No. 09-12512 (SHL)

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 35 | STAPLES, INC.<br>ATTN: BRYAN MANNLEIN<br>555 W. 112TH AVE.<br>NORTHGLENN, CO 80234 | $1,115.22 | $24.63 |
| 63 | ALU INC<br>117 SEAVIEW DRIVE<br>SECAUCUS, NJ 07094 | $27,505.26 | $607.54 |
| 67 | THE NBS GROUP INC.<br>PO BOX 517<br>BOHEMIA, NY 11716-0517 | $6,237.79 | $137.78 |
| 88 | THE NEWS-PRESS<br>2442 DR. MARTIN LUTHER KING JR. BLVD.<br>FORT MYERS, FL 33901 | $437.76 | $9.67 |
| 91 | KIT MCCACKEN ADVERTISING<br>30 W 26TH ST, #4<br>NEW YORK, NY 10010-2011 | $13,698.00 | $302.56 |
| 114 | BRADENTON HERALD<br>ATTN: SALES & SPECIAL EVENTS COORDINATOR<br>102 MANATEE AVENUE W<br>BRADENTON, FL 34205-8894 | $600.00 | $13.25 |
| 118 | STATEN ISLAND SAVINGS GUIDE<br>2031 FOREST AVE. SUITE #5<br>STATEN ISLAND, NY 10303 | $1,300.00 | $28.71 |
| 119 | HOFFMAN MEDIA, LLC<br>19000 INTERNATIONAL PARK DRIVE<br>STE 50<br>BIRMINGHAM, AL 35243 | $5,307.99 | $117.24 |
| 120 | HOFFMAN MEDIA, LLC<br>19000 INTERNATIONAL PARK DRIVE<br>STE 50<br>BIRMINGHAM, AL 35243 | $14,431.20 | $318.76 |

| | | | |
|---|---|---:|---:|
| 126 | WRISTEASE,LLC DBA LEDTREES<br>6517 SOUTH KINGS RANCH RD #83<br>GOLD CANYON, AZ 85218 | $1,950.00 | $43.07 |
| 128 | THE SUN NEWS<br>914 FRONTAGE ROAD EAST<br>MYRTLE BEACH, SC 29577 | $1,479.50 | $32.68 |
| 132 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | $1,575.21 | $34.79 |
| 143 | THE TASTING PANEL MAGAZINE<br>17203 VENTURA BLVD, STE 5<br>ENCINO, CA 91316-4057 | $20,000.00 | $441.76 |
| 202 | MAGNOLIA FLOWERS & EVENTS, LLC<br>436 HUDSON STREET<br>NEW YORK, NY 10014 | $13,914.56 | $307.35 |
| 204 | MICROSTRATEGY,INC.<br>1861 INTERNATIONAL DRIVE<br>MCLEAN, VA 22102 | $18,416.08 | $406.78 |
| 206 | VIAGGIO INCORPORATED<br>105 SCHMITT BOULEVARD<br>FARMINGDALE, NY 11735 | $4,413.88 | $97.49 |
| 207 | DM CUISINE LTD<br>10 WEST 15TH STREET, SUITE 813<br>NEW YORK, NY 10011-6829 | $2,659.34 | $58.74 |
| 209 | GRAVITY HILL MEDIA INC<br>PO BOX 408<br>KEYPORT, NJ 07735 | $7,775.00 | $294.76 |

**TOTAL UNCLAIMED DIVIDENDS:**                                              **$    3,277.56**

Dated:  New York, New York
        October 29, 2014

                                          /s/ John S. Pereira, Trustee
                                          JOHN S. PEREIRA
                                          CHAPTER 7 TRUSTEE
                                          THE CHRYSLER BUILDING
                                          405 LEXINGTON AVENUE, 7TH FLOOR
                                          NEW YORK, NEW YORK 10174
                                          (212) 758-5777